UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

DWIGHT COWAN                                    CASE NO.  2:26-CV-00130

VERSUS                                          JUDGE JAMES D. CAIN, JR.

VALIANT GLOBAL DEFENSE SERVICES                 MAGISTRATE JUDGE LEBLANC
INC


## JUDGMENT

Pursuant to the Memorandum Ruling of this date,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Defendant,

Valiant Global Defense Services, Inc.'s Motion to Dismiss (Doc. 14) Plaintiff, Dwight

Cowan's Complaint  is **GRANTED** dismissing with prejudice Plaintiff's Complaint.

**THUS DONE AND SIGNED** in chambers on this 25th day of March, 2026.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE